UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN VON STAICH,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY FERGUSON, et al.,<br><br>    Defendants. | No. 2:15-cv-1182 JAM KJN (TEMP) P<br><br><br>ORDER |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By an order filed May 12, 2016, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On May 26, 2016, plaintiff submitted the USM-285 forms but only submitted two of the three copies of the amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to return the copy of the complaint submitted by plaintiff on May 26, 2016; and

/////

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court the copies of the amended complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

Dated: June 6, 2016

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

stai1182.8f