IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IVAN VON STAICH,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA BOARD OF PAROLE HEARINGS, et al.,**<br><br>Defendants. | Case No. 2:15-cv-01182-JAM-DB<br><br>**ORDER** |

Defendants Ferguson and Fassnacht have filed an *ex parte* application for a thirty-day extension of time in which to file objections to the Court's Findings and Recommendations on Defendants' Motion to Revoke Plaintiff's *In Forma Pauperis* Status and to Dismiss First Amended Complaint (IFP Motion). Having considered the application, the Court finds good cause to grant such extension request.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendants' request for an extension of time (ECF No. 36) is granted; and

////

////

////

////

2. Defendants shall file their objections to the findings and recommendation on the IFP Motion no later than July 24, 2017.

DATED: June 23, 2017

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/stai1182.obj eot