UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN VON STAICH,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA BOARD OF PAROLE HEARINGS, et al.,<br><br>    Defendants. | No. 2:15-cv-1182 JAM DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 8, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 8, 2017 are adopted in full;
2. Defendants' motion to revoke plaintiff's IFP status (ECF No. 25) is denied; and
3. Defendants' motion to dismiss (ECF No. 25) is denied.

DATED: 12/19/2017

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE